**DISMISS; and Opinion Filed July 22, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-14-01580-CV

_____

### RICHARD J. DEAGUERO, Appellant
### V.
### VINCE FUDZIE, INDIVIDUALLY, AND TMV, LLC D/B/A TRIUNE, Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-11305**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Brown, and Justice Stoddart
Opinion by Justice Brown

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated December 18, 2014, we notified appellant the $195 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated December 18, 2015, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. By letter dated March 25, 2015, we informed appellant the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or written documentation that appellant had been found to be entitled to proceed without payment of costs. We cautioned appellant that

failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 5; 37.3(b); 42.3(b), (c).

/Ada Brown/
ADA BROWN
JUSTICE

141580F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

RICHARD J. DEAGUERO, Appellant

No. 05-14-01580-CV          V.

VINCE FUDZIE, INDIVIDUALLY, AND
TMV, LLC D/B/A TRIUNE, Appellees

On Appeal from the 191st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-13-11305.
Opinion delivered by Justice Brown. Chief
Justice Wright and Justice Stoddart
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees VINCE FUDZIE, INDIVIDUALLY, AND TMV, LLC D/B/A TRIUNE recover their costs of this appeal from appellant RICHARD J. DEAGUERO.

Judgment entered this 22nd day of July, 2015.